UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-69-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| | } | |
| V. | } | ORDER TO SEAL |
| | } | |
| ALLEN KENNETH FERRANTE | } | |
| | } | |

On the motion to seal [DE 34] by defendant, Allen Kenneth Ferrante, and for good cause shown, it is hereby ORDERED that the defendant's motion to seal is granted and defendant's motion to continue arraignment and trial [DE 34 ] be sealed until further notice by this Court.

IT IS SO ORDERED.

This the 24 day of October 2014.

TERRENCE W. BOYLE
United States District Judge